**07 CR 853**

JUDGE RONALD GUZMAN
MAGISTRATE JUDGE
GERALDINE SOAT BROWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

FILED
JUN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO ☐ YES ☒ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
United States v. Robert Brunt, et al, 07 CR 853, Judge Guzman

3) Is this a re-filing of a previously dismissed indictment or information? NO ☒ YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO ☒ YES ☐

6) What level of offense is this indictment or information? FELONY ☒ MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO ☒ YES ☐

8) Does this indictment or information include a conspiracy count? NO ☒ YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

☐ Homicide ...... (II)
☐ Criminal Antitrust (II)
☐ Bank robbery .... (II)
☐ Post Office Robbery (II)
☐ Other Robbery .. (II)

☐ Assault ........ (III)
☐ Burglary ....... (IV)
☐ Larceny and Theft (IV)
☐ Postal Embezzlement (IV)
☐ Other Embezzlement (III)

☐ Income Tax Fraud .. (II)
☒ Postal Fraud ....... (II)
☐ Other Fraud ....... (III)
☐ Auto Theft ........ (IV)
☐ Transporting Forged Securi-

(Revised 12/99)

ties                (III)
☐ Forgery      ........ (III)
☐ Counterfeiting  .....  (III)
☐ Sex Offenses  ......  (II)
☐ DAPCA Marijuana  . (III)
☐ DAPCA Narcotics  .. (III)

☐ DAPCA Controlled Substances     (III)
☐ Miscellaneous General Offenses       (IV)
☐ Immigration Laws  ... (IV)
☐ Liquor, Internal Revenue Laws          (IV)
☐ Food & Drug Laws ... (IV)
☐ Motor Carrier Act .... (IV)
☐ Selective Service Act   (IV)
☐ Obscene Mail  ...... (III)
☐ Other Federal Statutes   (III)
☐ Transfer of Probation Jurisdiction      (V)

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. § 1341; 18 U.S.C. § 1343; 18 U.S.C. § 2

_____
James M. Kuhn, Sr.
Assistant United States Attorney

(Revised 12/99)