Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE**
**GERALDINE SOAT BROWN**
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE RONALD GUZMAN** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0853 | DATE | JUNE 11, 2008 |
| CASE TITLE | US v. ROBERT BRUNT, et al | | |

Motion:   (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3ʳᵈ - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the **SPECIAL MARCH 2007** _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date, before

Judge or Magistrate Judge _____

Docket Entry:

TO ISSUE BENCH WARRANT. PREVIOUS DETENTION ORDER TO STAND AS TO ROBERT BRUNT. TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO TRACEY SCULLARK. TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO WALTER JACKSON. DETENTION ORDER PREVIOUSLY REQUESTED IN 07 CR 853 IS RESCINDED AS TO ARMANI D'AIFALLAH. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO ARMANI D'AIFALLAH, JOHN FARANO AND DOUGLAS BLANCHARD. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL JUNE 18, 2008 AT 8:00 A.M. OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

# FILED

JUN 1 1 2008

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE

(ONLY IF FILED
UNDER SEAL)

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | *BW Issued for Defendants 1,2,5* | **MICHAEL W. DOBBINS**<br>**CLERK, U.S. DISTRICT COURT** |
| | No notices required. | | |
| | Notices mailed by judge's staff. | JUN 1 2 2008 | Date docketed |
| | Notified counsel by telephone. | | Docketing dpty. initials |
| | Docketing to mail notices | | Date mailed notice |
| | Mail AO 450 form. | | Mailing |
| | Copy to judge/magistrate judge. | | dpty. initials |
| | Courtroom Deputy initials | Date/time received in Central Clerk's office | |