# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853 - 5 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Walter Jackson | | |

**DOCKET ENTRY TEXT**

Arraignment and initial appearance held on 6/18/08 as to Walter Jackson (5) on superseding indictment. Defendant appears in response to the arrest on 6/18/08. Defendant informed of his rights. Enter Order appointing Robert D. Seeder as counsel for defendant for arraignment and initial appearance only. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty as charged in the superseding indictment. Rule 16.1(a) conference to be completed by 6/25/08. Any pretrial motions should be filed by 7/2/08. Response to be filed by 7/9/08. Status hearing before Judge Guzman on 7/10/08 at 10:30 a.m. Government and defendant agree to certain conditions of release. This matter is set for status hearing on 8/6/08 at 2:30 p.m. before Judge Brown to consider whether Electronic Monitoring should be added as a condition of release following termination of state-ordered monitoring. Enter Order Setting Conditions of Release. Enter excludable time from 6/18/08 to 7/10/08 pursuant to 18 U.S.C. §3161(h)(1). (X-T)

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | yp |
|---|---|---|